UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KEITH FRIZZELL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:17-cv-01472 AC<br><br><br><br>ORDER |

On April 18, 2018, this court granted Plaintiff an extension of time to April 23, 2018 to file his motion for summary judgment. ECF 21. That deadline has now passed, and plaintiff has not filed the anticipated motion. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why his failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute.

DATED: May 1, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE