UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KEITH FRIZZELL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:17-cv-01472 AC<br><br><br><br>ORDER |

On May, 1, 2018, the court issued an Order to Show Cause ("OSC") directing plaintiff to file a written explanation why his failure to file a motion for summary judgment, or in the alternative a request for voluntary remand, should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute. See ECF No. 22.

Plaintiff has now filed the overdue motion for summary judgment (ECF No. 23), although counsel has not explained the delay or otherwise responded to the substance of the OSC. The court will nonetheless discharge the May 1, 2018 OSC. However, counsel is strongly cautioned that this court will strictly enforce its scheduling orders and other deadlines, and future non-compliance may result in imposition of any and all sanctions within the inherent power of the court. See L.R. 110.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Order To Show Cause (ECF No. 22) is hereby DISCHARGED in its entirety; and
2. Defendant's opposition to plaintiff's motion for summary judgment, if any, shall be filed within 30 days of service of plaintiff's motion.

DATED: May 10, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE