1 MCGREGOR W. SCOTT
United States Attorney
2 DEBORAH LEE STACHEL
3 Regional Chief Counsel, Region IX
Social Security Administration
4 MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
5     160 Spear Street, Suite 800
      San Francisco, California 94105
6     Telephone: (415) 977-8985
7     Facsimile: (415) 744-0134
      E-Mail: Michael.Marriott@ssa.gov
8
9 Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RODNEY KEITH FRIZZELL, ) | Civil No. 2:17-cv-01472-AC |
| ) | |
| Plaintiff, ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| ) | **FOR A FIRST EXTENSION OF TIME** |
| v. ) | **FOR DEFENDANT TO FILE HER MSJ** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her MSJ. Defendant respectfully requests this extension because the undersigned recently returned from a two and a half week vacation in Taiwan, and consequently has a very heavy accumulated workload.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's MSJ will be Monday, July 9, 2018.

Respectfully submitted,

Date: *June 8, 2018*  WEEMS LAW OFFICES

By: */s/ Robert Weems**
ROBERT WEEMS
* *By email authorization on June 8, 2018*
Attorney for Plaintiff

Date: *June 8, 2018*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: *June 12, 2018*

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ