MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RODNEY KEITH FRIZZELL,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:17-cv-01472-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 15 days to file her MSJ. Defendant respectfully requests this extension because the undersigned has a very heavy workload, and has missed time from the office due to a recent illness.

Stip. to Extend Def.'s MSJ

| | |
|---|---|
| 1 | The new due date for Defendant's MSJ will be Tuesday, July 23, 2018. |

Respectfully submitted,

Date: *July 9, 2018*                                  WEEMS LAW OFFICES

                              By:   */s/ Robert Weems**
                                       ROBERT WEEMS
                                       *\* By email authorization on July 9, 2018*
                                       Attorney for Plaintiff

Date: *July 9, 2018*                                  MCGREGOR W. SCOTT
                                       United States Attorney

                              By:   */s/ Michael K. Marriott*
                                       MICHAEL K. MARRIOTT
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATED:   *July 10, 2018*
                                       HONORABLE ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ