MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    Email: Michael.Marriott@ssa.gov
Attorneys for Defendant

ROBERT WEEMS
Weems Law Offices
    769 Center Blvd., PMB 38
    Fairfax, CA 94930
    Telephone: (415)881-7653
    Facsimile: (866)610-1430
    Email: rcweems@weemslawoffices.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RODNEY KEITH FRIZZELL,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:17-cv-01472-AC<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

1

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Rodney Keith Frizzell be awarded attorney fees in the amount of Eight Thousand, Seven Hundred Dollars ($8,700) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Rodney Keith Frizzell, the government will consider the matter of Rodney Keith Frizzell's assignment of EAJA fees to Robert Weems. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Rodney Keith Frizzell, but if the Department of the Treasury determines that Rodney Keith Frizzell does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Robert Weems, pursuant to the assignment executed by Rodney Keith Frizzell. Any payments made shall be delivered to Robert Weems.

This stipulation constitutes a compromise settlement of Rodney Keith Frizzell's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Rodney Keith Frizzell and/or Robert Weems including Weems Law Offices may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Robert Weems and/or Weems Law Offices to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: *April 19, 2019*  WEEMS LAW OFFICES

By: */s/ Robert Weems\**
ROBERT WEEMS
*\* By email authorization on April 19, 2019*
Attorney for Plaintiff.

Dated: *April 19, 2019*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED:  *April 24, 2019*

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE